# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/17/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 3:55:48 PM
CHRISTOPHER A. PRINE
Clerk

**TO:** 1ST COURT OF APPEALS

**From:** **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

CAUSE: **2014-66001**

VOLUME _____ PAGE _____ OR IMAGE # **64760201**

DUE **7/18/2015** ATTORNEY **00791667**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 1ST**

**DATE JUDGMENT SIGNED: 3/20/2015**

**MOTION FOR NEW TRIAL DATE FILED 3/25/2015**

**REQUEST TRANSCRIPT DATE FILED N/A**

**NOTICE OF APPEAL DATE FILED 4/13/2015**

**NUMBER OF DAYS: ( CLERKS RECORD ) 120**

**FILE ORDERED: YES ☐ NO ☒ IMAGED FILED: YES ☒ NO ☐**

**CODES FOR NOTICE OF APPEAL: BC, C, O**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ_
**MICHELLE LOPEZ, Deputy**

**BC** **NOTICE OF APPEAL FILED**
**BG** **NOTICE OF APPEAL FILED – GOVERNMENT**
**C** **JUDGMENT BEING APPEALED**
**D -** **ACCELERATED APPEAL**
**OA** **NO CLERK'S RECORD REQUEST FILED**
**O** **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**)
**NA** **AMENDED NOTICE OF APPEAL**

No. 2014-66001

| | | |
|---|---|---|
| SHAN KOVALY | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| IKEDINOBI U. ENI, M.D., | § | |
| IKEDINOBI U. ENI, M.D., P.A., | § | |
| ENI HEALTH CARE, WOODLANDS | § | |
| HEALTH CARE, TULSIDAS S. | § | |
| KURIVANKA, M.D., AND | § | |
| NORTHWEST HOUSTON | § | |
| CARDIOLOGY, P.A. | § | 113TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Plaintiff SHAN KOVALY wishes to appeal the Court's Order dated March 20, 2015, granting summary judgment to all defendants. Appeal is taken to the First or Fourteenth Court of Appeals. A copy of the relevant Order is attached as an exhibit to this notice.

Respectfully submitted,

SIMPSON, P.C.

*/s/ Iain G. Simpson*

Iain G. Simpson
State Bar No. 00791667
1333 Heights Boulevard, Suite 102
Houston, Texas 77008
(281) 989-0742
(281) 596-6960 – fax
iain@simpsonpc.com

APPELLATE COUNSEL FOR SHAN KOVALY

DAVIS & DAVIS

Steven R. Davis
State Bar No. 00789947
John A. Davis
State Bar No. 05512300
440 Louisiana, Suite 1850
Houston, Texas 77002
(713) 781-5200
(713) 781-2235 – fax

TRIAL COUNSEL FOR SHAN KOVALY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following via hand delivery, facsimile, electronic service, email, or certified U.S. Mail on this 13th day of April, 2015:

James B. Edwards
Edwards & Stephens
12603 Southwest Freeway, Suite 200
Stafford, Texas 77477

COUNSEL FOR TULSIDAS KURVANKA, M.D., ET AL.

Erin Lunceford
Sprott, Newsom, Lunceford, et al.
2211 Norfolk, Suite 1150
Houston, Texas 77098

COUNSEL FOR IKEDINOBI U. ENI, M.D., ET AL.

/s/ Iain G. Simpson

_____

Iain G. Simpson

2

No 2014-66001

FILED
Chris Daniel
District Clerk

Time _____ MAR 20 2015

By _____ Harris County, Texas
Deputy

SHAN KOVALY

§
§
Plaintiff §
§
vs §
§
§
IKEDINOBI U ENI, M D , §
IKEDINOBI U ENI, P A , §
ENI HEALTH CARE §
TULSIDAS S KURUVANKA and §
NORTHWEST HOUSTON §
CARDIOLOGY, P A §
§
Defendants §

IN THE DISTRICT COURT

OF HARRIS COUNTY, TEXAS

113TH JUDICIAL DISTRICT

## FINAL SUMMARY JUDGMENT

Defendants Ikedinobi U  Eni, MD, Ikedinobi U  Eni, MD, PA and Eni Health Care Traditional Motion for Summary Judgment, filed February 20, 2015, and Traditional Motion for Summary Judgment of Defendants Tulsidas S  Kuruvanka, M D  and Northwest Houston Cardiology, P A , filed February 26, 2015, were heard  The parties appeared  The Court considered all timely-filed papers germane to the motion, applicable authority and the argument presented in court

Summary judgment is awarded in favor of all Defendants and against Plaintiff  All of the Plaintiff's causes of action are dismissed

Costs are taxed against the Plaintiff

This is a final judgment that disposes of all claims and it is appealable

Signed  March 20, 2015

Michael Landrum, Judge

No. 2014-66001

| | | |
|---|---|---|
| SHAN KOVALY | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| IKEDINOBI U. ENI, M.D., | § | |
| IKEDINOBI U. ENI, M.D., P.A., | § | |
| ENI HEALTH CARE, WOODLANDS | § | |
| HEALTH CARE, TULSIDAS S. | § | |
| KURIVANKA, M.D., AND | § | |
| NORTHWEST HOUSTON | § | |
| CARDIOLOGY, P.A. | § | 113TH JUDICIAL DISTRICT |

**PLAINTIFF'S MOTION FOR NEW TRIAL**

Plaintiff SHAN KOVALY files this Motion for New Trial with regard to the Court's Order of Summary Judgment as to all Defendants, signed March 20, 2015. In support, Plaintiff would show:

**I.**

Plaintiff files this Motion pursuant to TEX. R. CIV. P. 320 and *Old Republic Ins. Co. v. Scott,* 846 S.W.2d 832, 833 (Tex. 1993) ("The filing of a motion for new trial in order to extend the appellate timetable is a matter of right, whether or not there is any sound or reasonable basis for the conclusion that a further motion is necessary."). Texas Supreme Court precedent notes that the filing of such a motion is justified solely for the purpose of extending appellate timetables. The

Court granted summary judgment on March 20, 2015. This Motion is filed within 30 days of that Order.

## II.

This Motion is intended to and does extend Kovaly's appellate filing deadline in accordance with TEX. R. APP. P. 26.1(a)(1). No further justification is needed for its filing. 846 S.W.2d, at 833. Nevertheless, Kovaly posits by way of "good cause" for the granting of a new trial that the Court's summary judgment orders noted above were erroneous as a matter of law in that the Defendants failed to carry their summary judgment burden, and the trial court's Order is erroneous due to controlling Texas Supreme Court precedent.

For the foregoing reasons, Plaintiff SHAN KOVALY respectfully requests that his Motion for New Trial be granted and that he have such other and further relief to which he may show himself entitled.

Respectfully submitted,

SIMPSON, P.C.

*/s/ Iain G. Simpson*

_____

Iain G. Simpson
State Bar No. 00791667
1333 Heights Boulevard, Suite 102
Houston, Texas 77008
(281) 989-0742
(281) 596-6960 – fax

POST-TRIAL AND APPELLATE COUNSEL FOR
SHAN KOVALY

DAVIS & DAVIS

Steven R. Davis
State Bar No. 00789947
John A. Davis
State Bar No. 05512300
440 Louisiana, Suite 1850
Houston, Texas 77002
(713) 781-5200
(713) 781-2235 – fax

TRIAL COUNSEL FOR SHAN KOVALY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following via hand delivery, facsimile, electronic service, email, or certified U.S. Mail on this 25th day of March, 2015:

James B. Edwards
Edwards & Stephens
12603 Southwest Freeway, Suite 200
Stafford, Texas 77477

COUNSEL FOR TULSIDAS KURVANKA, M.D., ET AL.

Erin Lunceford
Sprott, Newsom, Lunceford, et al.
2211 Norfolk, Suite 1150
Houston, Texas 77098

COUNSEL FOR IKEDINOBI U. ENI, M.D., ET AL.

/s/ Iain G. Simpson

Iain G. Simpson

4

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     APR 17, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____  -  INT
                       GENERAL PARTY INQUIRY             PAGE:    1 -    2

CASE NUM: 201466001__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: MALPRACTICE - MEDICAL          CASE STATUS: DISPOSED (FINAL)
STYLE: KOVALY, SHAN                   VS ENI, IKEDINOBI U (M D)
========================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME             PTY   ASSOC. ATTY
  NUM   NUMBER                                         STAT
_     00010-0001 AGT        NORTHWEST HOUSTON CARDIOLOGY (
_     00009-0001 AGT        ENI HEALTH CARE BY SERVING ITS
_     00008-0001 AGT        ENI, IKEDINOBI U (M D) (P A) B
_     00007-0001 DEF 06453600 NORTHWEST HOUSTON CARDIOLOGY P   EDWARDS, JIM
_     00006-0001 DEF 06453600 KURUVANKA, TULSIDAS S (M D)      EDWARDS, JIM
_     00005-0001 DEF        WOODLANDS HEALTH CARE
_     00004-0001 DEF 12694200 ENI HEALTH CARE                 LUNCEFORD, ER
_     00003-0001 DEF 12694200 IKEDINOBI U ENI M.D P A         LUNCEFORD, ER

==> (10) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      APR 17, 2015(C1)
INT6510                   CIVIL CASE INTAKE                  OPT: _____  -  INT
                       GENERAL PARTY INQUIRY                 PAGE:   2  -    2

CASE NUM: 201466001__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: MALPRACTICE - MEDICAL          CASE STATUS: DISPOSED (FINAL)
STYLE: KOVALY, SHAN                  VS ENI, IKEDINOBI U (M D)
========================================================================
                      **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00002-0001 DEF 12694200 ENI, IKEDINOBI U (M D)           LUNCEFORD, ER
_     00001-0001 PLT 05512300 KOVALY, SHAN                     DAVIS, JOHN A




==> (10) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```